COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Kubosh Bail Bonding, Kubosh Law Office, Paul Kubosh and Felix Michael Kubosh, Relators

Appellate case numbers:      01-16-00417-CV, 01-16-00418-CV, and 01-16-00419-CV

Trial court case numbers:      2013-50819, 2015-39797, and 2015-39798

Trial court:      129th District Court of Harris County

On May 24, 2016, the relators, Kubosh Bail Bonding, Kubosh Law Office, Paul Kubosh and Felix Michael Kubosh, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's March 31, 2016 order denying relators' motion to compel release of emails and for entry of an order granting that motion in the three underlying consolidated trial court cases. On May 26, 2016, this Court granted the relators' motion to stay all the underlying proceedings and requested a response.

On June 2, 2016, the relators filed this "Motion for Order for Transfer of *In Camera* Documents to Court of Appeals" seeking to have the trial court make a copy of the emails in question and to have them transferred to the Clerk of this Court for this Court's disposition of the petition. With their petition, relators had filed six volumes of a sworn record in this Court, including a blank exhibit Tab 25 in Volume 5 that referred to the emails in question that were filed *in camera* with the trial court. Relators indicated that these emails were to be delivered under seal by the trial court clerk to this Court.

Accordingly, we **grant** the relators' motion to transfer the *in camera* documents to this Court. We **ORDER** the respondent, the Honorable Michael Gomez, presiding judge of the 129th District Court of Harris County, to direct the district clerk to make a copy of the emails submitted *in camera* with the trial court, Bates-labeled CARTER 001352-001358, onto a USB flash drive. We further **ORDER** the respondent to direct the district clerk to have this USB flash drive hand-delivered, via a courier charged to relators, to the Clerk of this Court in a sealed envelope marked, "Sworn Record Tab 25—CONFIDENTIAL," with the above appellate cause numbers and style, **within 10 days of this order**. *Cf.* TEX. R. CIV. P. 193.4(a).

We sua sponte **lift** the stay imposed on May 26, 2016, in the three underlying trial court cause numbers above for the limited purpose of ordering the respondent to direct the district clerk to comply with this Order. *See* TEX. R. APP. P. 52.10(b).

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
⊠ Acting individually

Date: June 7, 2016